27793. ACREE *v.* RAGSDALE *et al.*, commissioners.

DECIDED SEPTEMBER 29, 1939.

*John H. Payne*, for plaintiff in error.

*E. Harold Sheats, Spalding, Sibley, Troutman & Brock, W. S. Northcutt*, contra.

Felton, J. The selling of malt beverages in this State is a mere privilege, and involves no personal or property right. *McKown v. Atlanta*, 184 *Ga.* 221 (190 S. E. 571). The revocation of a permit granting such a privilege, whether with or without a hearing, or for cause or without cause, is therefore not a judicial act and is not reviewable by certiorari. *Southeastern Greyhound Lines v. Public Service Commission*, 181 *Ga.* 75 (181 S. E. 834, 102 A. L. R. 517), and cit. It was not error to dismiss the certiorari seeking to review the action of the commissioners of Fulton County in revoking the permit to sell malt beverages.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*